In the Matter of the Petition of WILLIAM W. FARLEY, as State Commissioner of Excise, Respondent, *v.* JOHN W. SAGE et al., Comprising the Firm of JONES & MALONEY, Appellants.

*Matter of Farley* v. *Sage,* 164 App. Div. 911, affirmed.
(Argued February 25, 1916; decided March 14, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 13, 1914, which affirmed an order of Special Term

canceling and revoking a liquor tax certificate upon the ground that the owner permitted the premises to become disorderly and the resort of disorderly persons.

*David E. Powers* for appellants.

*Louis M. King* and *A. M. Sperry* for respondent.

Order affirmed, with costs. The errors in the admission of evidence are disregarded as not affecting the substantial rights of the defendants (Code Civ. Pro. § 1317);, no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, SEABURY and POUND, JJ. Dissenting: CARDOZO, J.